IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EARL HIGGS,

    Plaintiff,

vs.

                                      Case No. C2-02-1092
                                      Judge Edmund A. Sargus, Jr.
                                      Magistrate Judge Norah McCann King

THE WARRANTY GROUP,
    et al.,

    Defendants.

## ORDER

The Court's previous Order setting a pre-hearing schedule, dated July 27, 2007, is hereby **VACATED**. The parties are directed to notify the Court following a decision by the United States Court of Appeals for the Sixth Circuit with respect to matters related to Defendants' appeal.

**IT IS SO ORDERED.**

_8-7-2007_
**DATED**

                                                EDMUND A. SARGUS, JR.
                                                UNITED STATES DISTRICT JUDGE